**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: BERKOWSKI, RONALD J., JR.　　§ | Case No. 09-31362 |
| 　　　　BERKOSKI, APRIL S.　　　　　§ | |
| 　　　　　　　　　　　　　　　　　　§ | |
| Debtor(s)　　　　　　　　　　　　　§ | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　　GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $874,560.00　　　　　　Assets Exempt:  $43,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $40,372.76　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　Without Payment:  $251,873.90

Total Expenses of Administration: $23,628.91

---

　　　3) Total gross receipts of $    64,001.67    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00     (see **Exhibit 2**), yielded net receipts of $64,001.67 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,318,959.00 | $30,446.01 | $30,446.01 | $30,446.01 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 23,628.91 | 23,628.91 | 23,628.91 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 141,835.00 | 261,800.65 | 261,800.65 | 9,926.75 |
| **TOTAL DISBURSEMENTS** | $1,460,794.00 | $315,875.57 | $315,875.57 | $64,001.67 |

   4) This case was originally filed under Chapter 7 on August 26, 2009. The case was pending for 36 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/21/2012          By: /s/GLENN R. HEYMAN
                                Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1110 Cedar, Unit 3A, Glendale Heights | 1110-000 | 44,000.00 |
| 29 W 523 S. Winchester, Unit #2, Warrenville, IL | 1110-000 | 20,000.00 |
| Interest Income | 1270-000 | 1.67 |
| **TOTAL GROSS RECEIPTS** | | **$64,001.67** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | CLC Consumer Services | 4110-000 | 91,000.00 | N/A | N/A | 0.00 |
| NOTFILED | E*trade | 4110-000 | 90,993.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 11,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 13,485.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 116,735.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 104,788.00 | N/A | N/A | 0.00 |
| NOTFILED | E*trade | 4110-000 | 27,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Tarpinian | 4110-000 | 115,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual Fa | 4110-000 | 100,760.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual Fa | 4110-000 | 100,602.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Washington Mutual Fa | 4110-000 | 104,411.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual Fa | 4110-000 | 104,896.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Tarpinian | 4110-000 | 115,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual Fa | 4110-000 | 212,089.00 | N/A | N/A | 0.00 |
| NOTFILED | American Honda Finance Corp. | 4110-000 | 10,000.00 | N/A | N/A | 0.00 |
| | Carrington Title Partners, LLC | 4110-000 | N/A | 26,946.01 | 26,946.01 | 26,946.01 |
| | Carrington Title Partners, LLC | 4120-000 | N/A | 3,500.00 | 3,500.00 | 3,500.00 |
| **TOTAL SECURED CLAIMS** | | | $1,318,959.00 | $30,446.01 | $30,446.01 | $30,446.01 |

**EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 6,450.08 | 6,450.08 | 6,450.08 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 6,924.00 | 6,924.00 | 6,924.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 154.43 | 154.43 | 154.43 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 1,104.00 | 1,104.00 | 1,104.00 |
| Carrington Title Partners, LLC | 2820-000 | N/A | 1,422.48 | 1,422.48 | 1,422.48 |
| Carrington Title Partners, LLC | 2820-000 | N/A | 1,298.01 | 1,298.01 | 1,298.01 |
| Carrington Title Partners, LLC | 3510-000 | N/A | 2,640.00 | 2,640.00 | 2,640.00 |
| Carrington Title Partners, LLC | 2500-000 | N/A | 325.00 | 325.00 | 325.00 |
| Carrington Title Partners, LLC | 3210-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Carrington Title Partners, LLC | 2500-000 | N/A | 1,425.00 | 1,425.00 | 1,425.00 |
| Carrington Title Partners, LLC | 2820-000 | N/A | 193.50 | 193.50 | 193.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.36 | 38.36 | 38.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 57.80 | 57.80 | 57.80 |
| The Bank of New York Mellon | 2600-000 | N/A | -1.37 | -1.37 | -1.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.17 | 51.17 | 51.17 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.37 | 49.37 | 49.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.37 | 54.37 | 54.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.85 | 50.85 | 50.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.99 | 53.99 | 53.99 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 39.06 | 39.06 | 39.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.81 | 48.81 | 48.81 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | 23,628.91 | 23,628.91 | 23,628.91 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | 0.00 | 0.00 | 0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CANDICA, L.L.C. | 7100-000 | 3,155.00 | 3,307.98 | 3,307.98 | 125.43 |
| 2 | Micheal E. Tarpinian | 7100-000 | N/A | 114,746.92 | 114,746.92 | 4,350.88 |
| 3 | Discover Bank | 7100-000 | N/A | 3,180.55 | 3,180.55 | 120.60 |
| 4 | Chase Bank USA NA | 7100-000 | 30,000.00 | 30,648.21 | 30,648.21 | 1,162.09 |
| 5 | Chase Bank USA NA | 7100-000 | 27,451.00 | 28,238.65 | 28,238.65 | 1,070.73 |
| 6 | Chase Bank USA NA | 7100-000 | 4,385.00 | 4,527.70 | 4,527.70 | 171.68 |
| 7 | Chase Bank USA NA | 7100-000 | 14,000.00 | 13,564.01 | 13,564.01 | 514.31 |
| 8 | Advanta Bank Corp.,receivership of FDIC | 7100-000 | 8,500.00 | 8,686.01 | 8,686.01 | 329.35 |
| 9 | Chase Bank USA,N.A | 7100-000 | 670.00 | 621.95 | 621.95 | 23.58 |
| 10 | American Express Bank, FSB | 7100-000 | 1,000.00 | 1,097.94 | 1,097.94 | 41.63 |
| 11 | GE Money Bank | 7100-000 | 1,529.00 | 1,609.59 | 1,609.59 | 61.03 |
| 12 | Elan Financial Services,servicer for | 7100-000 | 9,500.00 | 9,716.15 | 9,716.15 | 368.41 |
| 13 | FIA Card Services, NA/BofA by America Infosource LP, | 7100-000 | 23,858.00 | 23,858.29 | 23,858.29 | 904.64 |
| 14 | FIA Card Services, NA/BofA by America Infosource | 7100-000 | 8,617.00 | 8,656.67 | 8,656.67 | 328.24 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | HSBC Consumer Lending by PRA Receivables, agent | 7100-000 | 9,170.00 | 9,340.03 | 9,340.03 | 354.15 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 141,835.00 | 261,800.65 | 261,800.65 | 9,926.75 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-31362  
**Case Name:** BERKOWSKI, RONALD J., JR.  
BERKOSKI, APRIL S.  
**Period Ending:** 08/21/12

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 08/26/09 (f)  
**§341(a) Meeting Date:** 10/06/09  
**Claims Bar Date:** 03/02/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1000 Spruce, Unit 3B, Glendale Hgts. | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 1002 Spruce, Unit 3B, Glendale Hgts. | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 1110 Cedar, Unit 3A, Glendale Heights | 100,000.00 | 0.00 | | 44,000.00 | FA |
| 4 | 1128 Cedar, Unit 3B, Glendale Heights | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1130 Evergreen, Unit 3B, Glendale Heights | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1138 Cedar, Unit3D, Glendale Hgts, | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 29 W 523 S. Winchester, Unit #2, Warrenville, IL | 115,000.00 | 0.00 | | 20,000.00 | FA |
| 8 | 29 W 535 N. Winchester, #3, Warrenville | 115,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2 Grand Central Ln, Schaumburg | 240,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Cash on Hand | 60.00 | 0.00 | DA | 0.00 | FA |
| 11 | Chase Bank, Checking Account | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Household Furniture audio, video, and computer | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | CD'S, Books stamp, coin, record, tape, disc, and CD'S, Books stamp, coin, record, tape, disc, and other collections or | 500.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2004 Honda Civic | 7,500.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2004 Hyundai Sante Fe | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1990 Sylvan ProFish Boat | 2,000.00 | 1,060.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.67 | FA |
| 17 | Assets Totals (Excluding unknown values) | $1,089,560.00 | $1,060.00 | | $64,001.67 | $0.00 |

**Major Activities Affecting Case Closing:**

David Liebowitz, Atty for Debtors

12/2010: Rec'd offer from Michael Tarpinian of $20,000 net of costs for 29W523 Winchester. Waiting for condo assessment figure to add to pleading to accept settlement.

05/2011: Motion to approve settlement entered. Rec'd funds from Tarpinian. Will check tax liability.
12/30/2011: Accountants retained, taxes are being prepared. Claim objection filed.
02/2012: Taxes filed will close case.

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-31362　　　　　　　　　　　　　　**Trustee:**　　(330360)　GLENN R. HEYMAN
**Case Name:**　BERKOWSKI, RONALD J., JR.　　　　　**Filed (f) or Converted (c):** 08/26/09 (f)
　　　　　　　　BERKOSKI, APRIL S.　　　　　　　　**§341(a) Meeting Date:**　10/06/09
**Period Ending:** 08/21/12　　　　　　　　　　　　**Claims Bar Date:**　03/02/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

04/17/12: Final hearing set for 05/31/2012 (dk).

**Initial Projected Date Of Final Report (TFR):**　　February 28, 2012　　　　**Current Projected Date Of Final Report (TFR):**　　March 27, 2012  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-31362  
**Case Name:** BERKOWSKI, RONALD J., JR.  
BERKOSKI, APRIL S.  
**Taxpayer ID #:** **-***6915  
**Period Ending:** 08/21/12

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******36-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/02/11 | {7} | Maria Tarpinian | Settlement for Trustee's right title interest in 29W523 S. Winchester Circle, Unit 2, Warrenville, IL | 1110-000 | 20,000.00 | | 20,000.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,000.15 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,000.31 |
| 07/28/11 | | Carrington Title Partners, LLC | Proceeds from sale of 1110 Cedar, Unit 3A, Glendale Heights, IL | | 5,000.00 | | 25,000.31 |
| | {3} | | Gross amount of sale        44,000.00 | 1110-000 | | | 25,000.31 |
| | | | 1st Mortgage Payoff         -26,946.01 | 4110-000 | | | 25,000.31 |
| | | | 2011 tax credit             -1,422.48 | 2820-000 | | | 25,000.31 |
| | | | 2010 tax credit             -1,298.01 | 2820-000 | | | 25,000.31 |
| | | | Commission                  -2,640.00 | 3510-000 | | | 25,000.31 |
| | | | Closing Fee                   -325.00 | 2500-000 | | | 25,000.31 |
| | | | Attorney's Fees             -1,250.00 | 3210-000 | | | 25,000.31 |
| | | | Title Insurance             -1,425.00 | 2500-000 | | | 25,000.31 |
| | | | Transfer stamps/tax           -193.50 | 2820-000 | | | 25,000.31 |
| | | | Association Dues & Assessments  -3,500.00 | 4120-000 | | | 25,000.31 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 25,000.47 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.36 | 24,962.11 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,962.31 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.80 | 24,904.51 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.37 | 24,905.88 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,906.08 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.17 | 24,854.91 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,855.11 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.37 | 24,805.74 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,805.94 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.37 | 24,751.57 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,751.77 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.85 | 24,700.92 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,701.12 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.99 | 24,647.13 |
| 02/14/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #09-31362, Blanket Bond Payment Bond#016026455 | 2300-000 | | 39.06 | 24,608.07 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.81 | 24,559.26 |

Subtotals : $25,001.67   $442.41

{} Asset reference(s)

Printed: 08/21/2012 11:02 AM    V.12.57

Exhibit 9

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-31362  
**Case Name:** BERKOWSKI, RONALD J., JR.  
BERKOSKI, APRIL S.  
**Taxpayer ID #:** **-***6915  
**Period Ending:** 08/21/12

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******36-65 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/31/12 | 1002 | GLENN R. HEYMAN | TRUSTEE'S FEES & EXPENSES | 2100-000 | | 6,450.08 | 18,109.18 |
| 05/31/12 | 1003 | Crane, Heyman, Simon, Welch & Clar | ATTORNEY PROFESSIONAL FEES AND COST | 3110-000 | | 6,924.00 | 11,185.18 |
| 05/31/12 | 1004 | Crane, Heyman, Simon, Welch & Clar | ATTORNEY FEES & EXPENSES | 3120-000 | | 154.43 | 11,030.75 |
| 06/01/12 | 1005 | Popowcer Katten, Ltd. | Accountant professional fees | 3410-000 | | 1,104.00 | 9,926.75 |
| 06/01/12 | 1006 | CANDICA, L.L.C. | | 7100-000 | | 125.43 | 9,801.32 |
| 06/01/12 | 1007 | Micheal E. Tarpinian | | 7100-000 | | 4,350.88 | 5,450.44 |
| 06/01/12 | 1008 | Discover Bank | | 7100-000 | | 120.60 | 5,329.84 |
| 06/01/12 | 1009 | Chase Bank USA NA | | 7100-000 | | 1,162.09 | 4,167.75 |
| 06/01/12 | 1010 | Chase Bank USA NA | | 7100-000 | | 1,070.73 | 3,097.02 |
| 06/01/12 | 1011 | Chase Bank USA NA | | 7100-000 | | 171.68 | 2,925.34 |
| 06/01/12 | 1012 | Chase Bank USA NA | | 7100-000 | | 514.31 | 2,411.03 |
| 06/01/12 | 1013 | Chase Bank USA,N.A | | 7100-000 | | 23.58 | 2,387.45 |
| 06/01/12 | 1014 | Advanta Bank Corp.,receivership of FDIC | | 7100-000 | | 329.35 | 2,058.10 |
| 06/01/12 | 1015 | American Express Bank, FSB | | 7100-000 | | 41.63 | 2,016.47 |
| 06/01/12 | 1016 | GE Money Bank | | 7100-000 | | 61.03 | 1,955.44 |
| 06/01/12 | 1017 | Elan Financial Services,servicer for Comerica Bank | | 7100-000 | | 368.41 | 1,587.03 |
| 06/01/12 | 1018 | FIA Card Services, NA/BofA by America Infosource LP, agent | | 7100-000 | | 904.64 | 682.39 |
| 06/01/12 | 1019 | FIA Card Services, NA/BofA by America Infosource LP,agent | | 7100-000 | | 328.24 | 354.15 |
| 06/01/12 | 1020 | HSBC Consumer Lending by PRA Receivables, agent | | 7100-000 | | 354.15 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 25,001.67 | 25,001.67 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 25,001.67 | 25,001.67 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$25,001.67** | **$25,001.67** | |

{} Asset reference(s)                                                                     Printed: 08/21/2012 11:02 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 09-31362 | | **Trustee:** | GLENN R. HEYMAN (330360) |
| **Case Name:** | BERKOWSKI, RONALD J., JR. | | **Bank Name:** | The Bank of New York Mellon |
| | BERKOSKI, APRIL S. | | **Account:** | 9200-******36-65 - Checking Account |
| **Taxpayer ID #:** | **-***6915 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 08/21/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 25,001.67
Plus Gross Adjustments : 39,000.00
───────────
Net Estate : $64,001.67

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******36-65** | 25,001.67 | 25,001.67 | 0.00 |
| | $25,001.67 | $25,001.67 | $0.00 |